STATE of Missouri, Respondent,

v.

Mancel L. FRENCH, Defendant,

Floyd Trim d/b/a Trim Bonding,
Appellant.

No. WD 48159.

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 1994.

Application to Transfer Denied
May 26, 1994.

F. Randall Waltz, III, Jefferson City, for
appellant.

Robert R. Sterner, Pros. Atty., Callaway
County, Fulton, for respondent.

Before TURNAGE, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a motion to set
aside a bond forfeiture.

The judgment is affirmed. Rule 84.16(b).